No. 95–462. MENA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–483. BUCHBINDER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–494. ZAHRAN ET UX. v. FRANKENMUTH MUTUAL INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 95–498. PARKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–500. BARBER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–517. TOURON v. METROPOLITAN DADE COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–532. ZUNO-ARCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–547. STILLO ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–557. BURTON v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 95–5260. WILSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5276. BASS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5280. BONA v. GNAC, CORP. C. A. 3d Cir. Certiorari denied.

No. 95–5307. SACK v. RUBIN, SECRETARY OF THE TREASURY. C. A. 1st Cir. Certiorari denied.

No. 95–5315. SHEPARD ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5352. GASTER v. PARROTT ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5361. DOWDY ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.